# United States Court of Appeals
## for the Fifth Circuit

No. 23-70002

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2025
Lyle W. Cayce
Clerk

Dexter Johnson,

            *Petitioner—Appellee,*

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

            *Respondent—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-3047

_____

ORDER:

  IT IS ORDERED that Appellee's unopposed motion for an extension of 29 days, or, to and including October 17, 2025, to file his response to the petition for rehearing en banc is DENIED. An extension is GRANTED until October 8, 2025, to file any response.

          *Leslie H. Southwick*

          _____
          Leslie H. Southwick
          *United States Circuit Judge*